■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN A. RODRIGUEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Patsalos, J.), rendered April 28, 1988, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the County Court did consider the statements made by him at sentencing regarding the circumstances of the crime before imposing the negotiated sentence. In addition, there is no merit to the defendant's further claim that the County Court should have treated the statements made by him at sentencing as a request to withdraw his plea. Thompson, J. P., Lawrence, Harwood and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE E. ROSADO, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Charde, J.), rendered November 25, 1986, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Brown, Kunzeman and Eiber, JJ., concur.